UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Kathleen Bersaw

          v.

                                    Case No. 14-cv-329-SM

Northland Group Inc.


Kathleen Bersaw

        v.

                                    Civil No. 14-cv-330-JD

Northland Group Inc.


### <u>ORDER OF CONSOLIDATION</u>

Pursuant to Fed. R. Civ. P. 42(a), the above cases are consolidated for all purposes.

Case No. 14-cv-329-SM has been designated as the main case. Henceforth, these consolidated cases shall be considered as one case and all pleadings will be filed in the main case.  They shall be captioned with that case number.  The certificate of service shall indicate copies to all counsel in the main case which shall now include all counsel in the former related case.

The former related case shall be statistically closed.

The plaintiff shall file a consolidated complaint by November 18, 2014, and defendant shall answer or otherwise respond to the consolidated complaint within twenty-one (21) days from the filing

of the consolidated complaint. The consolidated complaint and answer should contain all of the parties' respective claims and defenses from the consolidated cases, which are to remain in the case. Defendant shall not be required to respond to any other complaints filed in these actions prior to the date of this consolidation order.

SO ORDERED.

Andrea K. Johnstone
United States Magistrate Judge

Date: November 4, 2014

cc: Kathleen Bersaw, pro se
    Kenneth Eric Rubinstein, Esq.
    Daniel R. Sonneborn, Esq.